**Rudolph McCOLLUM, Sr.,
Plaintiff–Appellant,**

v.

**TRANSPORT WORKERS UNION OF AMERICA, AFL–CIO, Local 527,
Defendant–Appellee,**

and

**Genco Infrastructure Solutions,
Inc., Defendant.**

**No. 11–1576.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 25, 2011.

Decided: Aug. 29, 2011.

Rudolph McCollum, Sr., Appellant Pro Se. Richard S. Edelman, O'Donnell, Schwartz & Anderson, PC, Washington, D.C., James J. Vergara, Jr., Vergara & Associates, Hopewell, Virginia, for Appellee.

Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rudolph McCollum, Sr., appeals the district court's order dismissing as untimely his employment discrimination action. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because McCollum's informal brief does not challenge the basis for the district court's disposition, McCollum has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*